IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                          No. 4:05CR00258 GH

RENAULT WILKERSON                                     DEFENDANT

## ORDER

The government's May 1st motion (#22) to dismiss the charges in the current indictment in exchange as defendant, pursuant to the agreement with the government, entered his guilty plea to state charges in Jefferson County on April 24th for the same events at issue here and was sentenced to 10 years in the Arkansas Department of Correction is hereby granted.

IT IS SO ORDERED this 3rd day of May, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE